IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| THE COUNTY OF JEFFERSON, | CASE NO. 2:18-cv-00037-EAS-EPD |
| Plaintiff, | |
| | Chief Judge Edmund A. Sargus, Jr. |
| vs. | |
| | Chief Magistrate Judge |
| PURDUE PHARMA L.P., *et al*, | Elizabeth A. Preston Deavers |
| Defendants. | |

## ORDER

For good cause shown, Defendant Russell Portenoy, M.D.'s unopposed motion to stay the date by which to respond to the Complaint (ECF No. 11) is **GRANTED**. Defendant Portenoy seventy-five (75) days after date on which removal is determined to answer, move, or otherwise respond to the Complaint.

**IT IS SO ORDERED.**

*[signature]*
UNITED STATES MAGISTRATE JUDGE
Chief Magistrate Judge Deavers